# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:07CR00142-02 JLH | |
| STEPHANIE TAGGART | | DEFENDANT |

## ORDER

The government has filed a Motion to Dismiss Indictment as to defendant Stephanie Taggart. The motion is GRANTED. Docket #59. The indictment is dismissed without prejudice as to defendant Stephanie Taggart.

IT IS SO ORDERED this 24th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE